**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUOMEN COLORIZE OY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-715-CJB |
| | ) | |
| VERIZON SERVICES CORP., | ) | JURY TRIAL DEMANDED |
| VERIZON ONLINE LLC, and | ) | |
| VERIZON DELAWARE LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF
JOHN L. NORTH, DARCY L. JONES AND NORMAN E.B. MINNEAR**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of John L. North, Darcy L. Jones and Norman E.B. Minnear of the law firm

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP to represent Defendants Verizon Services Corp.,

Verizon Online LLC, and Verizon Delaware LLC in this matter.  In accordance with the

Standing Order for District Court Fund effective July 23, 2009, counsel further certifies that the

annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this

motion.

Dated:  July 27, 2012                  SEITZ ROSS ARONSTAM & MORITZ LLP

                                        */s/ Benjamin J. Schladweiler*
                                        Collins J. Seitz, Jr. (Bar No. 2237)
                                        Benjamin J. Schladweiler (Bar No. 4601)
                                        100 S. West Street, Suite 400
                                        Wilmington, DE  19801
                                        (302) 576-1600
                                        cseitz@seitzross.com
                                        bschladweiler@seitzross.com

                                        *Attorneys for Defendants Verizon Services Corp.,*
                                        *Verizon Online LLC, and Verizon Delaware LLC*


SO ORDERED, this _____ day of _____ 2012.


_____
                      United States Magistrate Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:   July 27, 2012

_____
John L. North
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
jnorth@kasowitz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:   July 27, 2012

Darcy L. Jones
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
djones@kasowitz.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California, Georgia, and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:   July 27, 2012

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
jminnear@kasowitz.com

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on July 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

I further certify that I caused copies of the foregoing document to be electronically mailed to the following individuals:

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Suomen Colorize Oy*

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jking@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (Bar No. 4601)