**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-715-CJB |
| | ) |
| VERIZON SERVICES CORP., | ) JURY TRIAL DEMANDED |
| VERIZON ONLINE LLC, and | ) |
| VERIZON DELAWARE LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC hereby file this Corporate Disclosure Statement consistent with the requirements of Federal Rule of Civil Procedure 7.1.

Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC are wholly-owned subsidiaries of Verizon Communications Inc., which owns, directly or indirectly, 100% of the stock of each. No other publicly held corporation owns 10% or more of the stock of Verizon Services Corp., Verizon Online LLC, or Verizon Delaware LLC.

July 27, 2012

Respectfully submitted,

 /s/ Benjamin J. Schladweiler
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendants Verizon Services Corp.,
Verizon Online LLC, and Verizon Delaware LLC*

*Of Counsel*:

John L. North
Darcy L. Jones
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA  30309

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY  10019

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on July 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

I further certify that I caused copies of the foregoing document to be electronically mailed to the following individuals:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Suomen Colorize Oy* | Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Joyce E. Kung<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>(212) 957-7600<br>kbromberg@cohengresser.com<br>fvillegas@cohengresser.com<br>dcefo@cohengresser.com<br>jking@cohengresser.com<br><br>*Attorneys for Plaintiff Suomen Colorize Oy* |

  */s/ Benjamin J. Schladweiler*
  Benjamin J. Schladweiler (Bar No. 4601)