**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY, | |
| Plaintiff, | C.A. No. 12-715-CJB |
| v. | |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

**REPLY TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff and Counterclaim-Defendant Suomen Colorize Oy ("SCO"), by and through its undersigned counsel, as and for its Answer to the Counterclaims of Defendants and Counterclaim-Plaintiffs Verizon Services Corp., Verizon Online LLC and Verizon Delaware LLC (collectively "Verizon" or "Defendants"), states as follows:

**JURISDICTION AND VENUE**

1. Admitted.

2. Admitted.

3. Admitted.

**PARTIES**

4. SCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 4 of the Counterclaims.

5. SCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 5 of the Counterclaims.

6. SCO lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 6 of the Counterclaims.

7. Admitted.

8. Admitted.

## COUNT I
### (Declaratory Judgment of Non-Infringement of the '398 Patent)

9. SCO incorporates paragraphs 1 – 22 of the Complaint, and paragraphs 1 – 8 of this Answer as though fully set forth herein.

10. Admitted.

11. Denied.

12. Admitted.

13. Denied.

14. Denied.

## COUNT II
### (Declaratory Judgment of Invalidity)

15. SCO incorporates paragraphs 1 – 22 of the Complaint, and paragraphs 1 – 14 of this Answer as though fully set forth herein.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

## VERIZON'S PRAYER FOR RELIEF

SCO denies that Verizon is entitled to any relief set forth in the Counterclaims or any other relief.

## AFFIRMATIVE DEFENSES

SCO asserts the following defense and reserves the right to amend its Answer as new information becomes available. The listing of any defense below shall not be construed as an admission that SCO bears the burden of proof as to such defense:

## AFFIRMATIVE DEFENSE

The Counterclaims fail to state a claim upon which relief may be granted.

## PRAYER FOR RELIEF

WHEREFORE, SCO demands the following relief:

(i) Judgment in favor of SCO;

(ii) Judgment dismissing Verizon's Counterclaims with prejudice; and

(iii) Such other and further relief as the Court deems just and equitable.

Dated: August 17, 2012

| Of counsel: | BAYARD, P.A. |
|---|---|
| **COHEN & GRESSER LLP** | /s/ Stephen B. Brauerman |
|  | Richard D. Kirk (rk0922) |
| Karen H. Bromberg | Stephen B. Brauerman (sb4952) |
| Francisco A. Villegas | 222 Delaware Avenue, Suite 900 |
| Damir Cefo | P.O. Box 25130 |
| Joyce E. Kung | Wilmington, DE 19899 |
| 800 Third Avenue | rkirk@bayardlaw.com |
| 21st Floor | sbrauerman@bayardlaw.com |
| New York, NY 10022 | (302) 655-5000 |
| (212) 957-7600 |  |
|  | *Attorneys for Plaintiff Suomen Colorize Oy* |