# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | : JURY TRIAL DEMANDED |
| Defendants. | : |

## MOTION AND [PROPOSED] ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admissions *pro hac vice* of Karen H. Bromberg and Damir Cefo of Cohen & Gresser LLP to represent Plaintiff Suomen Colorize Oy in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I certify that the annual fees for *pro hac* admission have been submitted in connection with these applicants.

Dated: August 22, 2012

Of Counsel:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
21st Floor
New York, NY 10022
(212) 957-7600

BAYARD, P.A.

/s/ Vanessa R. Tiradentes
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff Suomen Colorize Oy*

2

**SO ORDERED** this _____ day of _____, 2012.

_____
United States District Judge

Case 1:12-cv-00715-CJB   Document 17   Filed 08/22/12   Page 2 of 2 PageID #: 76