## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 836, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: August 21, 2012

_____
Damir Cefo
Cohen & Gresser LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600
dcefo@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*