### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | |
| Plaintiff, | |
| v. | C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 7, 2012, copies of: (1) **PLAINTIFF SUOMON COLORIZE OY'S INITIAL DISCLOSURES** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Collins J. Seitz Jr., Esquire
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**

| | |
|---|---|
| John L. North, Esquire | Norman E.B. Minnear, Esquire |
| Darcy L. Jones, Esquire | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | 1633 Broadway |
| Two Midtown Plaza, Suite 1500 | New York, NY 10019 |
| 1349 West Peachtree Street, N.W. | |
| Atlanta, GA 30309 | |

| | |
|---|---|
| September 4, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922) |
| Karen H. Bromberg | Stephen B. Brauerman (sb4952) |
| Francisco A. Villegas | 222 Delaware Avenue, Suite 900 |
| Damir Cefo | P.O. Box 25130 |
| Joyce E. Kung | Wilmington, DE 19899 |
| **COHEN & GRESSER LLP** | rkirk@bayardlaw.com |
| 800 Third Avenue | sbrauerman@bayardlaw.com |
| New York, New York 10022 | (302) 655-5000 |
| (212) 957-7600 | *Attorneys for Suomen Colorize Oy* |