**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY,<br><br>                Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC.,<br>VERIZON SERVICES CORP.,<br>VERIZON ONLINE LLC, AND<br>VERIZON DELAWARE LLC.<br><br>                Defendants. | C.A. No. 12-715-CJB |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by Plaintiff Suomen Colorize Oy and Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC ("Verizon"), subject to approval of the Court, that the time for the parties to submit a Proposed Protective Order is extended until September 13, 2012. The parties have exchanged draft proposals and have met and conferred concerning those proposals, but request more time so that they can reach an agreement on a proposed form of order.

| | |
|---|---|
| BAYARD, P.A. | SEITZ ROSS ARONSTAM & MORITZ LLP |
| */s/ Stephen B. Brauerman*<br>Richard D. Kirk (DE Bar No.922)<br>Stephen B. Brauerman (DE Bar No. 4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Suomen Colorize Oy* | */s/ Benjamin J. Schladweiler*<br>Collins J. Seitz, Jr. (DE Bar. No. 2237)<br>Benjamin J. Schladweiler (DE Bar No. 4601)<br>100 S. West St., Suite 400<br>Wilmington, DE  19801<br>(302) 576-1600<br>cseitz@seitzross.com<br>bschladweiler@seitzross.com<br><br>*Attorneys for Defendants Verizon* |

Dated:  September 11, 2012

**IT IS SO ORDERED,** this _____ day of September, 2012.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge