**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY,  )<br>  )<br>           Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>VERIZON SERVICES CORP.,  )<br>VERIZON ONLINE LLC, and  )<br>VERIZON DELAWARE LLC,  )<br>  )<br>           Defendants.  )<br>  ) | C.A. No. 12-715-CJB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 24th day of September, 2012, a copy of

*Defendants Verizon Services Corp., Verizon Online LLC and Verizon Delaware LLC's*

*Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery of*

*Electronic Information* was served upon the attorneys listed below via electronic mail:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Suomen Colorize Oy* | Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Joyce E. Kung<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>(212) 957-7600<br>kbromberg@cohengresser.com<br>fvillegas@cohengresser.com<br>dcefo@cohengresser.com<br>jkung@cohengresser.com<br><br>*Attorneys for Plaintiff Suomen Colorize Oy* |

|  |  |
|---|---|
|  | SEITZ ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | /s/ Benjamin J. Schladweiler |
|  | Collins J. Seitz, Jr. (Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington DE  19801 |
|  & FRIEDMAN LLP | (302) 576.1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA  30309 |  |
|  | *Attorneys for Defendants Verizon Services* |
| Norman E.B. Minnear | *Corp., Verizon Online LLC, and Verizon* |
| KASOWITZ, BENSON, TORRES | *Delaware LLC* |
|  & FRIEDMAN LLP |  |
| 1633 Broadway |  |
| New York, NY  10019 |  |

Dated:  September 24, 2012