**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
——————————————————————— x
                                          :
SUOMEN COLORIZE OY,                       :
                                          :
                Plaintiff,                :
                                          :
        v.                                :      C.A. No. 12-715-CJB
                                          :
VERIZON SERVICES CORP.,                   :
VERIZON ONLINE LLC, AND                   :
VERIZON DELAWARE LLC,                     :
                                          :
                Defendants.               :
                                          :
——————————————————————— x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 9, 2012, copies of: (1) **SUOMEN COLORIZE OY'S FIRST REQUEST TO DEFENDANT VERIZON DELAWARE LLC FOR THE INSPECTION OF DOCUMENTS AND THINGS (NOS. 1-21)**; (2) **SUOMEN COLORIZE OY'S FIRST REQUEST TO DEFENDANT VERIZON SERVICES CORP. FOR THE INSPECTION OF DOCUMENTS AND THINGS (NOS. 1-21)**; (3) **SUOMEN COLORIZE OY'S FIRST REQUEST TO DEFENDANT VERIZON ONLINE LLC FOR THE INSPECTION OF DOCUMENTS AND THINGS (NOS. 1-21)** and (4) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Collins J. Seitz Jr., Esquire
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**

John L. North, Esquire
Darcy L. Jones, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309

Norman E.B. Minnear, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

October 9, 2012

Of Counsel:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
(212) 957-7600

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000
*Attorneys for Suomen Colorize Oy*