## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) |
| | ) |
|                Plaintiff, | ) |
| | ) |
|    v. | )   C.A. No. 12-715-CJB |
| | ) |
| VERIZON SERVICES CORP., | )   JURY TRIAL DEMANDED |
| VERIZON ONLINE LLC, and | ) |
| VERIZON DELAWARE LLC, | ) |
| | ) |
|                Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 16th day of October, 2012, a copy of *Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC's First Set Of Interrogatories (Nos. 1-10) To Plaintiff Suomen Colorize Oy* and *Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC's First Set Of Requests For Production Of Documents (Nos. 1-46) To Plaintiff Suomen Colorize Oy* was served upon the attorneys listed below in the manner indicated:

| **VIA HAND DELIVERY AND ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Richard D. Kirk | Karen H. Bromberg |
| Stephen B. Brauerman | Francisco A. Villegas |
| BAYARD, P.A. | Damir Cefo |
| 222 Delaware Avenue | Joyce E. Kung |
| Suite 900 | COHEN & GRESSER LLP |
| Wilmington, DE 19801 | 800 Third Avenue |
| (302) 655-5000 | New York, NY 10022 |
| rkirk@bayardlaw.com | (212) 957-7600 |
| sbrauerman@bayardlaw.com | kbromberg@cohengresser.com |
| | fvillegas@cohengresser.com |
| | dcefo@cohengresser.com |
| *Attorneys for Plaintiff Suomen Colorize Oy* | jkung@cohengresser.com |
| | |
| | *Attorneys for Plaintiff Suomen Colorize Oy* |

|  |  |
|---|---|
|  | SEITZ ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | /s/ Benjamin J. Schladweiler |
|  | Collins J. Seitz, Jr. (Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington DE  19801 |
|  & FRIEDMAN LLP | (302) 576.1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA  30309 |  |
|  | *Attorneys for Defendants Verizon Services* |
| Norman E.B. Minnear | *Corp., Verizon Online LLC, and Verizon* |
| KASOWITZ, BENSON, TORRES | *Delaware LLC* |
|  & FRIEDMAN LLP |  |
| 1633 Broadway |  |
| New York, NY  10019 |  |

Dated:  October 16, 2012