**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY,<br><br>                   Plaintiff,<br><br>     v.<br><br>VERIZON SERVICES CORP.,<br>VERIZON ONLINE LLC, and<br>VERIZON DELAWARE LLC.<br><br>                   Defendants. | C.A. No. 12-715-CJB |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by Plaintiff Suomen Colorize Oy ("SCO") and Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC ("Verizon"), subject to approval of the Court, that: **(1)** the time for Verizon to produce its core technical documents pursuant to paragraph 4(b) of the Court's Default Standard for Discovery shall be extended until November 2, 2012; and **(2)** the time for SCO to produce its initial claim chart pursuant to paragraph 4(c) of the Default Standard for Discovery shall be extended until December 17, 2012.  All other dates will remain the same.

| BAYARD, P.A. | SEITZ ROSS ARONSTAM & MORITZ LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Benjamin J. Schladweiler* |
| Richard D. Kirk (DE Bar No.922) | Collins J. Seitz, Jr. (DE Bar. No. 2237) |
| Stephen B. Brauerman (DE Bar No. 4952) | Benjamin J. Schladweiler (DE Bar No. 4601) |
| 222 Delaware Avenue, Suite 900 | 100 S. West Street, Suite 400 |
| P.O. Box 25130 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 576-1600 |
| (302) 655-5000 | cseitz@seitzross.com |
| rkirk@bayardlaw.com | bschladweiler@seitzross.com |
| sbrauerman@bayardlaw.com | |
| | *Attorneys for Defendants Verizon Services Corp.,* |
| *Attorneys for Suomen Colorize Oy* | *Verizon Online LLC, and Verizon Delaware LLC* |

Dated:  October 22, 2012

**SO ORDERED,** this _____ day of October, 2012.

_____
United States Magistrate Judge

2