**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 30, 2012, copies of: (1) **PLAINTIFF SUOMEN COLORIZE OY'S SECOND SET OF REQUESTS TO DEFENDANTS VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC FOR THE INSPECTION OF DOCUMENTS AND THINGS (NOS. 22-51)**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Collins J. Seitz Jr., Esquire
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**

| | |
|---|---|
| John L. North, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA 30309 | Norman E.B. Minnear, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019 |

November 30, 2012

Of Counsel:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000
*Attorneys for Suomen Colorize Oy*