# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | |
| Plaintiff, | |
| v. | C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 17, 2012, copies of: (1) **PLAINTIFF SUOMEN COLORIZE OY'S DISCLOSURES PURSUANT TO SECTION 4(C) OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Collins J. Seitz Jr., Esquire
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801


**BY EMAIL AND BY FIRST CLASS MAIL**

| | |
|---|---|
| John L. North, Esquire | Norman E.B. Minnear, Esquire |
| Darcy L. Jones, Esquire | KASOWITZ, BENSON, TORRES & |
| KASOWITZ, BENSON, TORRES & | FRIEDMAN LLP |
| FRIEDMAN LLP | 1633 Broadway |
| Two Midtown Plaza, Suite 1500 | New York, NY 10019 |
| 1349 West Peachtree Street, N.W. | |
| Atlanta, GA 30309 | |

| | |
|---|---|
| December 17, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922) |
| Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Joyce E. Kung<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>(212) 957-7600 | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>(302) 655-5000<br>*Attorneys for Suomen Colorize Oy* |