## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-715-CJB |
| ) | |
| VERIZON SERVICES CORP., ) | JURY TRIAL DEMANDED |
| VERIZON ONLINE LLC, and ) | |
| VERIZON DELAWARE LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 20th day of December, 2012, a copy of

*Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC's*

*Second Set of Interrogatories (Nos. 11-12) to Plaintiff Suomen Colorize Oy* was served upon

the attorneys listed below in the manner indicated:

| **VIA HAND DELIVERY** | **VIA ELECTRONIC MAIL** |
|---|---|
| **AND ELECTRONIC MAIL** | Karen H. Bromberg |
| Richard D. Kirk | Francisco A. Villegas |
| Stephen B. Brauerman | Damir Cefo |
| BAYARD, P.A. | Joyce E. Kung |
| 222 Delaware Avenue | COHEN & GRESSER LLP |
| Suite 900 | 800 Third Avenue |
| Wilmington, DE  19801 | New York, NY  10022 |
| (302) 655-5000 | (212) 957-7600 |
| rkirk@bayardlaw.com | kbromberg@cohengresser.com |
| sbrauerman@bayardlaw.com | fvillegas@cohengresser.com |
| | dcefo@cohengresser.com |
| *Attorneys for Plaintiff Suomen Colorize Oy* | jkung@cohengresser.com |

*Attorneys for Plaintiff Suomen Colorize Oy*

|  |  |
|---|---|
| *Of Counsel*: | SEITZ ROSS ARONSTAM & MORITZ LLP |
|  | */s/ Benjamin J. Schladweiler* |
|  | Collins J. Seitz, Jr. (Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington DE  19801 |
| & FRIEDMAN LLP | (302) 576.1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA  30309 |  |
|  | *Attorneys for Defendants Verizon Services* |
| Norman E.B. Minnear | *Corp., Verizon Online LLC, and Verizon* |
| KASOWITZ, BENSON, TORRES | *Delaware LLC* |
| & FRIEDMAN LLP |  |
| 1633 Broadway |  |
| New York, NY  10019 |  |

Dated:  December 20, 2012