**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIZON SERVICES CORP., ) <br> VERIZON ONLINE LLC, and ) <br> VERIZON DELAWARE LLC, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 12-715-CJB |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 2nd day of January, 2013, a copy of *Verizon Defendants' Responses to Plaintiff Suomen Colorize Oy's Second Set of Requests for the Inspection of Documents and Things (Nos. 22-51)* was served upon the attorneys listed below in the manner indicated:

| **VIA HAND DELIVERY** <br> **AND ELECTRONIC MAIL** <br> Richard D. Kirk <br> Stephen B. Brauerman <br> BAYARD, P.A. <br> 222 Delaware Avenue <br> Suite 900 <br> Wilmington, DE  19801 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> <br> *Attorneys for Plaintiff Suomen Colorize Oy* | **VIA ELECTRONIC MAIL** <br> Karen H. Bromberg <br> Francisco A. Villegas <br> Damir Cefo <br> Joyce E. Kung <br> COHEN & GRESSER LLP <br> 800 Third Avenue <br> New York, NY  10022 <br> (212) 957-7600 <br> kbromberg@cohengresser.com <br> fvillegas@cohengresser.com <br> dcefo@cohengresser.com <br> jkung@cohengresser.com <br> <br> *Attorneys for Plaintiff Suomen Colorize Oy* |

|  |  |
|---|---|
| *Of Counsel*: | SEITZ ROSS ARONSTAM & MORITZ LLP |
| | */s/ Benjamin J. Schladweiler* |
| John L. North | Collins J. Seitz, Jr. (Bar No. 2237) |
| Darcy L. Jones | Benjamin J. Schladweiler (Bar No. 4601) |
| KASOWITZ, BENSON, TORRES | 100 S. West Street, Suite 400 |
| & FRIEDMAN LLP | Wilmington DE  19801 |
| Two Midtown Plaza, Suite 1500 | (302) 576.1600 |
| 1349 West Peachtree Street, N.W. | cseitz@seitzross.com |
| Atlanta, GA  30309 | bschladweiler@seitzross.com |
| | *Attorneys for Defendants Verizon Services* |
| Norman E.B. Minnear | *Corp., Verizon Online LLC, and Verizon* |
| KASOWITZ, BENSON, TORRES | *Delaware LLC* |
| & FRIEDMAN LLP | |
| 1633 Broadway | |
| New York, NY  10019 | |

Dated:  January 2, 2013