**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-715-CJB |
| | ) |
| VERIZON SERVICES CORP., | ) |
| VERIZON ONLINE LLC, and | ) |
| VERIZON DELAWARE LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on this 7th day of January, 2013, a copy of *Verizon Defendants' Initial Invalidity Contentions Pursuant to Paragraph 4(d) of the Default Standard* was served upon the attorneys listed below in the manner indicated:

**VIA HAND DELIVERY AND ELECTRONIC MAIL**
Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Suomen Colorize Oy*

**VIA ELECTRONIC MAIL**
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jkung@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*

|  |  |
|---|---|
| | 2 |
| | S<small>EITZ</small> R<small>OSS</small> A<small>RONSTAM</small> & M<small>ORITZ</small> LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Collins J. Seitz, Jr. (Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| K<small>ASOWITZ</small>, B<small>ENSON</small>, T<small>ORRES</small> | Wilmington DE  19801 |
|  & F<small>RIEDMAN</small> LLP | (302) 576.1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA  30309 | |
| | *Attorneys for Defendants Verizon Services* |
| Norman E.B. Minnear | *Corp., Verizon Online LLC, and Verizon* |
| K<small>ASOWITZ</small>, B<small>ENSON</small>, T<small>ORRES</small> | *Delaware LLC* |
|  & F<small>RIEDMAN</small> LLP | |
| 1633 Broadway | |
| New York, NY  10019 | |

Dated:  January 7, 2013