**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY, </br></br>  Plaintiff, </br></br> v. </br></br> VERIZON SERVICES CORP., </br> VERIZON ONLINE LLC, and </br> VERIZON DELAWARE LLC, </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 12-715-CJB </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC will serve the following subpoenas attached hereto as Exhibit A and Exhibit B on DISH Network LLC and EchoStar Technologies LLC, respectively.

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

John L. North
Darcy L. Jones
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA  30309

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY  10019

Dated:  February 18, 2013

 */s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC*

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on the 18th day of February, 2013, a copy of *Notice of Subpoenas* was served upon the attorneys listed below via electronic mail:

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Suomen Colorize Oy*

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jkung@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (Bar No. 4601)