# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC,<br><br>Defendants. | C.A. No. 12-715-CJB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC (collectively, "Verizon"), through their undersigned counsel, will take the deposition by oral examination of Risto Mäkipää in his individual capacity.

The deposition will commence on April 17, 2013 at 9:00 a.m. and will take place at the offices of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019, or at such other time and place as may agreed to by counsel. The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by videographic and/or stenographic means. The deposition will continue until completed, with adjournments as to time and place as may be necessary. Some or all of the deposition testimony may be videotaped and may involve real-time computer connection between the deposition taker and court reporter using software such as "LiveNote."

To the extent that relevant documents and/or materials in Risto Mäkipää's possession, custody, and/or control have not been produced to Verizon in this matter, Verizon requests that

Plaintiff Suomen Colorize Oy produce all such documents and materials to Verizon immediately upon receipt of the present Notice.

|  |  |
|---|---|
|  | SEITZ ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|  | Collins J. Seitz, Jr. (DE Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (DE Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington, DE 19801 |
| & FRIEDMAN LLP | (302) 576-1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA 30309 |  |
|  | *Attorneys for Defendants Verizon Services* |
| Norman E.B. Minnear | *Corp., Verizon Online LLC, and Verizon* |
| KASOWITZ, BENSON, TORRES | *Delaware LLC* |
| & FRIEDMAN LLP |  |
| 1633 Broadway |  |
| New York, NY 10019 |  |

Dated: March 18, 2013

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on March 18, 2013, I caused ***Notice of Deposition*** to be served to the following individuals in the manner indicated:

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Richard D. Kirk | Karen H. Bromberg |
| Stephen B. Brauerman | Francisco A. Villegas |
| Vanessa R. Tiradentes | Damir Cefo |
| BAYARD, P.A. | Joyce E. Kung |
| 222 Delaware Avenue | COHEN & GRESSER LLP |
| Suite 900 | 800 Third Avenue |
| Wilmington, DE 19801 | New York, NY 10022 |
| (302) 655-5000 | (212) 957-7600 |
| rkirk@bayardlaw.com | kbromberg@cohengresser.com |
| sbrauerman@bayardlaw.com | fvillegas@cohengresser.com |
| vtiradentes@bayardlaw.com | dcefo@cohengresser.com |
|  | jkung@cohengresser.com |

*Attorneys for Plaintiff Suomen Colorize Oy*

*Attorneys for Plaintiff Suomen Colorize Oy*

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (Bar No. 4601)