# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY,  )<br>  )<br>            Plaintiff,   )<br>  )<br>    v.        )<br>  )<br>VERIZON SERVICES CORP., VERIZON )<br>ONLINE LLC, and VERIZON DELAWARE )<br>LLC,  )<br>  )<br>            Defendants.   )<br>  ) | C.A. No. 12-715-CJB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SUBPOENAS UPON A. BLAIR HUGHES, ESQ.

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, the subpoenas attached as Exhibit 1 and Exhibit 2, will be served on A. Blair Hughes, Esq.  The deposition will be recorded stenographically and videotaped.  All parties are invited to attend.

|  |  |
|---|---|
|  | SEITZ ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler*<br>Collins J. Seitz, Jr. (DE Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (DE Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington, DE 19801 |
|  & FRIEDMAN LLP | (302) 576-1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA 30309 |  |
|  | *Attorneys for Defendants Verizon Services* |
| Norman E.B. Minnear | *Corp., Verizon Online LLC, and Verizon* |
| KASOWITZ, BENSON, TORRES | *Delaware LLC* |
|  & FRIEDMAN LLP |  |
| 1633 Broadway |  |
| New York, NY 10019 |  |

Dated:  March 18, 2013

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on March 18, 2013, I caused ***Notice of Subpoenas upon A. Blair Hughes, Esq.*** to be served to the following individuals in the manner indicated:

**VIA ELECTRONIC MAIL**
Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Suomen Colorize Oy*

**VIA ELECTRONIC MAIL**
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jkung@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (Bar No. 4601)