## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY, | :  |
| Plaintiff, | : |
| v. | : C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 27, 2013, copies of: (1) **SUOMEN COLORIZE OY'S FIRST SET OF INTERROGATORIES TO DEFENDANTS VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC (NOS. 1-12)**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL**

Collins J. Seitz Jr., Esquire
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

**BY EMAIL**

| | |
|---|---|
| John L. North, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA 30309 | Norman E.B. Minnear, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019 |
| Dated: March 27, 2013 | BAYARD, P.A. |
| OF COUNSEL:<br><br>Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Joyce E. Kung<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>(212) 957-7600 | /s/ *Vanessa R. Tiradentes*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>(302) 655-5000<br>    *Attorneys for Suomen Colorize Oy* |