# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC, | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF DEPOSITION OF KIRK COOPER

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Suomon Colorize Oy shall take the deposition upon oral examination of Defendants' employee Kirk Cooper. The deposition will take place at the Reston Sheraton Hotel, 11810 Sunrise Valley Drive, Reston, Virginia 20191, commencing on April 26, 2013, at 10:00 a.m., or at such other time as mutually agreed upon, and will continue from day to day until completed. The deposition will be taken before an officer authorized to administer an oath and will be recorded by stenographic means. You are invited to attend and cross-examine.

|  |  |
|---|---|
|  | BAYARD, P.A. |
| April 1, 2013 | /s/ Stephen B. Brauerman |
|  | Richard D. Kirk (rk0922) |
| OF COUNSEL: | Stephen B. Brauerman (sb4952) |
|  | Vanessa R. Tiradentes (vt5398) |
|  | 222 Delaware Avenue |
| Karen H. Bromberg | Suite 900 |
| Francisco A. Villegas | Wilmington, DE 19801 |
| Damir Cefo | (302) 655-5000 |
| Joyce E. Kung | rkirk@bayardlaw.com |
| COHEN & GRESSER LLP | sbrauerman@bayardlaw.com |
| 800 Third Avenue | vtiradentes@bayardlaw.com |
| New York, NY 10022 |  |
| (212) 957-7600 | *Attorneys for Plaintiff Suomen Colorize Oy* |
| kbromberg@cohengresser.com |  |
| fvillegas@cohengresser.com |  |
| dcefo@cohengresser.com |  |
| jkung@cohengresser.com |  |