## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUOMEN COLORIZE OY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC, | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF DEPOSITION OF ENRIQUE RUIZ-VELASCO**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Suomen Colorize Oy shall take the deposition upon oral examination of Defendants' employee Enrique Ruiz-Velasco.  The deposition will take place at the Sheraton DFW Airport Hotel, 4440 West John Carpenter Freeway, Irving, Texas, 75063, commencing on April 24, 2013, at 10:00 a.m., or at such other time as mutually agreed upon, and will continue from day to day until completed.  The deposition will be taken before an officer authorized to administer an oath and will be recorded by stenographic means.  You are invited to attend and cross-examine.

|  |  |
|---|---|
| April 1, 2013 | BAYARD, P.A. |
| | /s/ Stephen B. Brauerman |
| OF COUNSEL: | Richard D. Kirk (rk0922) |
| | Stephen B. Brauerman (sb4952) |
| | Vanessa R. Tiradentes (vt5398) |
| | 222 Delaware Avenue |
| Karen H. Bromberg | Suite 900 |
| Francisco A. Villegas | Wilmington, DE 19801 |
| Damir Cefo | (302) 655-5000 |
| Joyce E. Kung | rkirk@bayardlaw.com |
| COHEN & GRESSER LLP | sbrauerman@bayardlaw.com |
| 800 Third Avenue | vtiradentes@bayardlaw.com |
| New York, NY 10022 | |
| (212) 957-7600 | *Attorneys for Plaintiff Suomen Colorize Oy* |
| kbromberg@cohengresser.com | |
| fvillegas@cohengresser.com | |
| dcefo@cohengresser.com | |
| jkung@cohengresser.com | |