# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | |
| Plaintiff, | |
| v. | C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 2, 2013, copies of: (1) **SUOMEN COLORIZE OY'S FOURTH SET OF REQUESTS TO DEFENDANTS VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC FOR THE INSPECTION OF DOCUMENTS AND THINGS (NOS. 56-57)** and (2) **SUOMEN COLORIZE OY'S SECOND SET OF INTERROGATORIES TO DEFENDANTS VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC (NOS. 13-16)** were served as shown:

**BY HAND DELIVERY**
Collins J. Seitz Jr., Esquire
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that, on April 2, 2013, copies of: (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL**

| | |
|---|---|
| Collins J. Seitz Jr., Esquire | John L. North, Esquire |
| Benjamin J. Schladweiler | Darcy L. Jones, Esquire |
| Seitz Ross Aronstam & Moritz LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 100 South West Street, Suite 400 | Two Midtown Plaza, Suite 1500 |
| Wilmington, DE 19801 | 1349 West Peachtree Street, N.W. |
| | Atlanta, GA 30309 |

Norman E.B. Minnear, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

| | |
|---|---|
| Dated: April 2, 2013 | BAYARD, P.A. |
| | |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| Karen H. Bromberg | Stephen B. Brauerman (sb4952) |
| Francisco A. Villegas | Vanessa R. Tiradentes (vt5398) |
| Damir Cefo | 222 Delaware Avenue, Suite 900 |
| Joyce E. Kung | P.O. Box 25130 |
| COHEN & GRESSER LLP | Wilmington, DE 19899 |
| 800 Third Avenue | rkirk@bayardlaw.com |
| New York, New York 10022 | sbrauerman@bayardlaw.com |
| (212) 957-7600 | vtiradentes@bayardlaw.com |
| | (302) 655-5000 |
| | *Attorneys for Suomen Colorize Oy* |