**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY,<br><br>                    Plaintiff,<br><br>     v.<br><br>VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 12-715-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on this 3rd day of April, 2013, a copy of ***Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC's First Set of Requests for Admission (Nos. 1-85) to Plaintiff Suomen Colorize Oy*** was served upon the attorneys listed below in the manner indicated:

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Richard D. Kirk | Karen H. Bromberg |
| Stephen B. Brauerman | Francisco A. Villegas |
| Vanessa R. Tiradentes | Damir Cefo |
| BAYARD, P.A. | Joyce E. Kung |
| 222 Delaware Avenue | COHEN & GRESSER LLP |
| Suite 900 | 800 Third Avenue |
| Wilmington, DE  19801 | New York, NY  10022 |
| (302) 655-5000 | (212) 957-7600 |
| rkirk@bayardlaw.com | kbromberg@cohengresser.com |
| sbrauerman@bayardlaw.com | fvillegas@cohengresser.com |
| vtiradentes@bayardlaw.com | dcefo@cohengresser.com |
| | jkung@cohengresser.com |
| *Attorneys for Plaintiff Suomen Colorize Oy* | |
| | *Attorneys for Plaintiff Suomen Colorize Oy* |

|  |  |
|---|---|
| | SEITZ ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Collins J. Seitz, Jr. (Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington, DE  19801 |
|  & FRIEDMAN LLP | (302) 576-1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA  30309 | |
| jnorth@kasowitz.com | *Attorneys for Defendants Verizon Services* |
| djones@kasowitz.com | *Corp., Verizon Online LLC, and Verizon Delaware LLC* |

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
jminnear@kasowitz.com

Dated:  April 3, 2013