# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC, | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF DEPOSITION OF ERIC BRUNO

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Suomen Colorize Oy shall take the deposition upon oral examination of Defendants' Senior Vice President of Consumer Product Management Eric Bruno.  The deposition will take place at the offices of Cohen & Gresser LLP, 800 Third Avenue, New York, New York 10022, commencing on May 2, 2013, at 10:00 a.m., or at such other time as mutually agreed upon, and will continue from day to day until completed.  The deposition will be taken before an officer authorized to administer an oath and will be recorded by stenographic means.  You are invited to attend and cross-examine.

2

Dated: April 3, 2013

OF COUNSEL:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600

BAYARD, P.A.

 /s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
(302) 655-5000
   *Attorneys for Suomen Colorize Oy*