# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-715-CJB |
| | ) |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC, | ) |
| | ) |
| Defendants. | ) |

## AMENDED NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 3rd day of April, 2013, a copy of ***Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC's First Set of Requests for Admission (Nos. 1-85) to Plaintiff Suomen Colorize Oy*** was served upon the attorneys listed below in the manner indicated:

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Suomen Colorize Oy*

**VIA ELECTRONIC MAIL**

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jkung@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*

|  |  |
|---|---|
| *Of Counsel*: | SEITZ ROSS ARONSTAM & MORITZ LLP |
|  |  |
| John L. North | */s/ Benjamin J. Schladweiler* |
| Darcy L. Jones | Collins J. Seitz, Jr. (Bar No. 2237) |
| KASOWITZ, BENSON, TORRES | Benjamin J. Schladweiler (Bar No. 4601) |
|   & FRIEDMAN LLP | 100 S. West Street, Suite 400 |
| Two Midtown Plaza, Suite 1500 | Wilmington, DE 19801 |
| 1349 West Peachtree Street, N.W. | (302) 576-1600 |
| Atlanta, GA 30309 | cseitz@seitzross.com |
| jnorth@kasowitz.com | bschladweiler@seitzross.com |
| djones@kasowitz.com |  |

*Attorneys for Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC*

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
jminnear@kasowitz.com

Dated: April 4, 2013