## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC, | : |
| Defendants. | : |

### **PLAINTIFF'S NOTICE OF DEPOSITION OF JOSEPH AMBEAULT**

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff by its attorneys, Cohen & Gresser LLP, shall take the deposition upon oral examination of Defendants' Director of Marketing Joseph Ambeault.  The deposition will take place at the offices of Cohen & Gresser LLP, 800 Third Avenue, New York, New York 10022, commencing on May 1, 2013, at 10:00 a.m., or at such other time as mutually agreed upon, and will continue from day to day until completed.  The deposition will be taken before an officer authorized to administer an oath and will be recorded by stenographic means.

You are invited to attend and cross-examine.

| | |
|---|---|
| Dated: April 9, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* <br> Richard D. Kirk (rk0922) |
| Karen H. Bromberg <br> Francisco A. Villegas <br> Damir Cefo <br> Joyce E. Kung <br> COHEN & GRESSER LLP <br> 800 Third Avenue <br> New York, New York 10022 <br> (212) 957-7600 | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br> (302) 655-5000 <br>    *Attorneys for Suomen Colorize Oy* |