**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| SUOMEN COLORIZE OY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on the 23rd day of April, 2013, a copy of ***Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC's Responses and Objections to Plaintiff's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)*** was served upon the attorneys listed below in the manner indicated:

**VIA ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Suomen Colorize Oy*

**VIA ELECTRONIC MAIL**

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jkung@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*

|  |  |
|---|---|
| | SEITZ ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
| | Collins J. Seitz, Jr. (Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington, DE  19801 |
| & FRIEDMAN LLP | (302) 576-1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA  30309 | |
| jnorth@kasowitz.com | *Attorneys for Defendants Verizon Services* |
| djones@kasowitz.com | *Corp., Verizon Online LLC, and Verizon Delaware LLC* |
| | |
| Norman E.B. Minnear | |
| KASOWITZ, BENSON, TORRES | |
| & FRIEDMAN LLP | |
| 1633 Broadway | |
| New York, NY  10019 | |
| jminnear@kasowitz.com | |

Dated:  April 23, 2013