**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUOMEN COLORIZE OY,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON SERVICES CORP.,<br>VERIZON ONLINE LLC, and<br>VERIZON DELAWARE LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 12-715-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 29th day of April, 2013, a copy of *Verizon Defendants' Responses to Plaintiff's First Interrogatories to Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC for the Inspection of Documents and Things (Nos. 1–12)* was served upon the attorneys listed below in the manner indicated:

**VIA ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Suomen Colorize Oy*

**VIA ELECTRONIC MAIL**

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jkung@cohengresser.com

*Attorneys for Plaintiff Suomen Colorize Oy*

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

John L. North
Darcy L. Jones
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA  30309
jnorth@kasowitz.com
djones@kasowitz.com

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
jminnear@kasowitz.com


Dated:  April 29, 2013

 */s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendants Verizon Services
Corp., Verizon Online LLC, and Verizon
Delaware LLC*