# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | )    C.A. No. 12-715-CJB </br> ) |
| VERIZON SERVICES CORP., </br> VERIZON ONLINE LLC, and </br> VERIZON DELAWARE LLC, | ) </br> ) </br> ) </br> ) |
| Defendants. | ) </br> ) |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC, and Plaintiff Suomen Colorize Oy, respectfully moved this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

As a result of a previous teleconference with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on Wednesday, May 8, 2013 at 11:00 am (EST) with counsel for Defendants to initiate the call.

| | |
|---|---|
| SEITZ ROSS ARONSTAM & MORITZ LLP | BAYARD P.A. |
| */s/ Benjamin J. Schladweiler* | */s/ Stephen B. Brauerman* |
| Collins J. Seitz, Jr. (Bar No. 2237) | Richard D. Kirk (Bar No. 922) |
| Benjamin J. Schladweiler (Bar No. 4601) | Stephen B. Brauerman (Bar No. 4952) |
| 100 S. West Street, Suite 400 | Vanessa R. Tiradentes (Bar No. 5398) |
| Wilmington, DE 19801 | BAYARD, P.A. |
| (302) 576-1601 | 222 Delaware Avenue |
| cseitz@seitzross.com | Suite 900 |
| bschladweiler@seitzross.com | Wilmington, DE 19801 |
| | (302) 655-5000 |
| *Attorneys for Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC* | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| | vtiradentes@bayardlaw.com |
| | *Attorneys for Plaintiff Suomen Colorize Oy* |

Dated: April 30, 2013

2