## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-715-CJB |
| | ) |
| VERIZON SERVICES CORP., | ) |
| VERIZON ONLINE LLC, and | ) |
| VERIZON DELAWARE LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 3rd day of May, 2013, a copy of *Verizon Defendants' Supplemental Invalidity Contentions Pursuant to Paragraph 4(d) of the Default Standard* was served upon the attorneys listed below in the manner indicated:

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Richard D. Kirk | Karen H. Bromberg |
| Stephen B. Brauerman | Francisco A. Villegas |
| Vanessa R. Tiradentes | Damir Cefo |
| BAYARD, P.A. | Joyce E. Kung |
| 222 Delaware Avenue | COHEN & GRESSER LLP |
| Suite 900 | 800 Third Avenue |
| Wilmington, DE 19801 | New York, NY 10022 |
| (302) 655-5000 | (212) 957-7600 |
| rkirk@bayardlaw.com | kbromberg@cohengresser.com |
| sbrauerman@bayardlaw.com | fvillegas@cohengresser.com |
| vtiradentes@bayardlaw.com | dcefo@cohengresser.com |
| | jkung@cohengresser.com |
| *Attorneys for Plaintiff Suomen Colorize Oy* | *Attorneys for Plaintiff Suomen Colorize Oy* |

|  |  |
|---|---|
| *Of Counsel*: | SEITZ ROSS ARONSTAM & MORITZ LLP |
|  | */s/ Collins J. Seitz, Jr.* |
|  | Collins J. Seitz, Jr. (Bar No. 2237) |
| John L. North | Benjamin J. Schladweiler (Bar No. 4601) |
| Darcy L. Jones | 100 S. West Street, Suite 400 |
| KASOWITZ, BENSON, TORRES | Wilmington, DE 19801 |
|  & FRIEDMAN LLP | (302) 576-1600 |
| Two Midtown Plaza, Suite 1500 | cseitz@seitzross.com |
| 1349 West Peachtree Street, N.W. | bschladweiler@seitzross.com |
| Atlanta, GA 30309 |  |
| jnorth@kasowitz.com | *Attorneys for Defendants Verizon Services* |
| djones@kasowitz.com | *Corp., Verizon Online LLC, and Verizon Delaware LLC* |

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
jminnear@kasowitz.com


Dated:  May 3, 2013