**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SUOMEN COLORIZE OY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | : |
| Defendants. | : |

**NOTICE OF SERVICE**

PLEASE TAKE FURTHER NOTICE that, on May 3, 2013, copies of (1) **PLAINTIFF SUOMEN COLORIZE OY'S OBJECTIONS AND FIRST SUPPLEMENTAL RESPONSES TO DEFENDANTS' VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-10)**; (2) **PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANTS VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC'S FIRST SET OF REQUESTS FOR ADMISSION (NO. 1-85)** and (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL**

| | |
|---|---|
| Collins J. Seitz Jr., Esquire<br>Benjamin J. Schladweiler<br>Seitz Ross Aronstam & Moritz LLP<br>100 South West Street, Suite 400<br>Wilmington, DE 19801 | John L. North, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA 30309 |

Norman E.B. Minnear, Esquire
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Dated: May 3, 2013                                                       BAYARD, P.A.

OF COUNSEL:                                                              /s/ *Vanessa R. Tiradentes*
                                                                         Richard D. Kirk (rk0922)
Karen H. Bromberg                                                        Stephen B. Brauerman (sb4952)
Francisco A. Villegas                                                    Vanessa R. Tiradentes (vt5398)
Damir Cefo                                                               222 Delaware Avenue, Suite 900
Joyce E. Kung                                                            P.O. Box 25130
COHEN & GRESSER LLP                                                      Wilmington, DE 19899
800 Third Avenue                                                         rkirk@bayardlaw.com
New York, New York 10022                                                 sbrauerman@bayardlaw.com
(212) 957-7600                                                           vtiradentes@bayardlaw.com
                                                                         (302) 655-5000

   *Attorneys for Suomen Colorize Oy*