# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) )<br>) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP.,<br>VERIZON ONLINE LLC, and<br>VERIZON DELAWARE LLC, | ) )<br>) )<br>) ) |
| Defendants. | ) ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 10th day of May, 2013, a copy of *Verizon Defendants' First Supplemental Responses to Plaintiff's Second Set of Interrogatories to Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC for the Inspection of Documents and Things (Nos. 13-16)* was served upon the attorneys listed below in the manner indicated:

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Richard D. Kirk | Karen H. Bromberg |
| Stephen B. Brauerman | Francisco A. Villegas |
| Vanessa R. Tiradentes | Damir Cefo |
| BAYARD, P.A. | Joyce E. Kung |
| 222 Delaware Avenue | COHEN & GRESSER LLP |
| Suite 900 | 800 Third Avenue |
| Wilmington, DE 19801 | New York, NY 10022 |
| (302) 655-5000 | (212) 957-7600 |
| rkirk@bayardlaw.com | kbromberg@cohengresser.com |
| sbrauerman@bayardlaw.com | fvillegas@cohengresser.com |
| vtiradentes@bayardlaw.com | dcefo@cohengresser.com |
| | jkung@cohengresser.com |
| *Attorneys for Plaintiff Suomen Colorize Oy* | *Attorneys for Plaintiff Suomen Colorize Oy* |

|  |  |
|---|---|
| *Of Counsel*: | S<small>EITZ</small> R<small>OSS</small> A<small>RONSTAM</small> & M<small>ORITZ</small> LLP |
|  | */s/ Collins J. Seitz, Jr.* |
| John L. North | Collins J. Seitz, Jr. (Bar No. 2237) |
| Darcy L. Jones | Benjamin J. Schladweiler (Bar No. 4601) |
| K<small>ASOWITZ</small>, B<small>ENSON</small>, T<small>ORRES</small> | 100 S. West Street, Suite 400 |
|  & F<small>RIEDMAN</small> LLP | Wilmington, DE  19801 |
| Two Midtown Plaza, Suite 1500 | (302) 576-1600 |
| 1349 West Peachtree Street, N.W. | cseitz@seitzross.com |
| Atlanta, GA  30309 | bschladweiler@seitzross.com |
| jnorth@kasowitz.com |  |
| djones@kasowitz.com | *Attorneys for Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC* |

Norman E.B. Minnear
K<small>ASOWITZ</small>, B<small>ENSON</small>, T<small>ORRES</small>
 & F<small>RIEDMAN</small> LLP
1633 Broadway
New York, NY  10019
jminnear@kasowitz.com


Dated:  May 10, 2013