# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-715-CJB |
| | ) |
| VERIZON SERVICES CORP., | ) |
| VERIZON ONLINE LLC, and | ) |
| VERIZON DELAWARE LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by Plaintiff Suomen Colorize Oy and Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC ("Verizon"), subject to approval of the Court, that the time for the parties to submit a joint status report is extended from May 10, 2013 until May 17, 2013.

| | |
|---|---|
| BAYARD, P.A. | SEITZ ROSS ARONSTAM & MORITZ LLP |
| */s/ Stephen B. Brauerman* | */s/ Collins J. Seitz, Jr.* |
| Richard D. Kirk (Bar No.922) | Collins J. Seitz, Jr. (Bar. No. 2237) |
| Stephen B. Brauerman (Bar No. 4952) | Benjamin J. Schladweiler (Bar No. 4601) |
| 222 Delaware Avenue | 100 S. West Street, Suite 400 |
| Suite 900 | Wilmington, DE  19801 |
| Wilmington, DE  19801 | (302) 576-1600 |
| (302) 655-5000 | cseitz@seitzross.com |
| rkirk@bayardlaw.com | bschladweiler@seitzross.com |
| sbrauerman@bayardlaw.com | |
| | *Attorneys for Defendants Verizon Services Corp.,* |
| *Attorneys for Suomen Colorize Oy* | *Verizon Online LLC, and Verizon Delaware LLC* |

Dated:  May 10, 2013

2

**IT IS SO ORDERED,** this _____ day of May, 2013.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge