# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY,<br><br>                Plaintiff,<br><br>    v.<br><br>VERIZON SERVICES CORP.,<br>VERIZON ONLINE LLC, AND<br>VERIZON DELAWARE LLC,<br><br>                Defendants. | C.A. No. 12-715-CJB |

## NOTICE OF SERVICE

PLEASE TAKE FURTHER NOTICE that, on May 31, 2013, copies of (1) **PLAINTIFF'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC'S FIRST SET OF REQUESTS FOR ADMISSION (NO. 66-71)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL**

| | |
|---|---|
| Collins J. Seitz Jr., Esquire<br>Benjamin J. Schladweiler<br>Seitz Ross Aronstam & Moritz LLP<br>100 South West Street, Suite 400<br>Wilmington, DE 19801 | John L. North, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA 30309 |

Norman E.B. Minnear, Esquire
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019

| | |
|---|---|
| Dated: May 31, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Karen H. Bromberg <br> Francisco A. Villegas <br> Damir Cefo <br> Joyce E. Kung <br> COHEN & GRESSER LLP <br> 800 Third Avenue <br> New York, New York 10022 <br> (212) 957-7600 | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br> (302) 655-5000 <br>   *Attorneys for Suomen Colorize Oy* |