# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON SERVICES CORP.,<br>VERIZON ONLINE LLC, and<br>VERIZON DELAWARE LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-715-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by Plaintiff Suomen Colorize Oy ("Plaintiff") and Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC (collectively, "Verizon"), subject to approval of the Court, that the time for the parties to submit DVD Tutorials Describing the Technology and Matters in Issue is extended until June 4, 2013 and the time for the parties to file comments on the opposing party's tutorial is extended until June 25, 2013. All other deadlines shall remain unchanged. The parties have agreed that an additional day is necessary to finalize the tutorials.

| BAYARD, P.A. | SEITZ ROSS ARONSTAM & MORITZ LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Benjamin J. Schladweiler* |
| Richard D. Kirk (Bar No.922) | Collins J. Seitz, Jr. (Bar. No. 2237) |
| Stephen B. Brauerman (Bar No. 4952) | Benjamin J. Schladweiler (Bar No. 4601) |
| 222 Delaware Avenue, Suite 900 | 100 S. West Street, Suite 400 |
| P.O. Box 25130 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 576-1600 |
| (302) 655-5000 | cseitz@seitzross.com |
| rkirk@bayardlaw.com | bschladweiler@seitzross.com |
| sbrauerman@bayardlaw.com | |
| | *Attorneys for Defendants Verizon Services Corp.,* |
| *Attorneys for Plaintiff Suomen Colorize Oy* | *Verizon Online LLC, and Verizon Delaware LLC* |

Dated:  June 3, 2013

**IT IS SO ORDERED,** this _____ day of June, 2013.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge