**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

—————————————————— x
                                                     :
SUOMEN COLORIZE OY,                                  :
                                                     :
                    Plaintiff,                       :
                                                     :
          v.                                         :   C.A. No. 12-715-CJB
                                                     :
VERIZON SERVICES CORP.,                              :
VERIZON ONLINE LLC, AND                              :
VERIZON DELAWARE LLC,                                :
                                                     :
                    Defendants.                      :
                                                     :
                                                     :
                                                     :
—————————————————— x

**DECLARATION OF FRANCISCO A. VILLEGAS
IN SUPPORT OF SUOMEN COLORIZE OY'S
ANSWERING CLAIM CONSTRUCTION BRIEF**

I, Francisco A. Villegas, declare as follows:

1.       I am an attorney at the law firm of Cohen & Gresser LLP, counsel for Plaintiff

Suomen Colorize Oy.  I submit this declaration in support of Opposition to Plaintiff's Opening

Claim Construction Brief.  I am personally familiar with the facts described in this declaration.

2.       Annexed hereto as **Exhibit A** is a true and correct copy of pages from Merriam-

Webster's Collegiate Dictionary (10th ed. 1996).

3.       Annexed hereto as **Exhibit B** is a true and correct copy of a response to summons

to attend oral proceedings, Pat. App. No. 98935057.4-2223 in the EPO, dated September 11,

2007.

4.       Annexed hereto as **Exhibit C** is a true and correct copy of pages of the rough

transcript from the June 7, 2013, deposition of Janne Jokela.

5.      Annexed hereto as **Exhibit D** is a true and correct copy of pages of the transcript from the June 3, 2013, deposition of Risto Mäkipää

6.      Annexed hereto as **Exhibit E** is a true and correct copy of ETSI, Digital Video Broadcasting (DVB), ETR 154 (Oct. 1996).

7.      Annexed hereto as **Exhibit F** is a true and correct of pages from Verizon Defendants' Supplemental Invalidity Contentions Pursuant to Paragraph 4(d) of the Default Standard.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: June 24, 2013
       New York, New York

_____
                Francisco A. Villegas