

100 S. West Street, Suite 400
Wilmington, DE  19801
Telephone  302.576.1600
Facsimile  302.576.1100
www.seitzross.com

**Benjamin J. Schladweiler**
bschladweiler@seitzross.com
302.576.1608

July 29, 2013

**VIA E-FILING AND HAND DELIVERY**
The Honorable Christopher J. Burke
USDC for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 28, Room 6100
Wilmington, DE  19801

    Re:    *Suomen Colorize Oy v. Verizon Services Corp., et al.*,
               C.A. No. 12-cv-715-CJB

Dear Judge Burke:

      Verizon writes in connection with the claim construction hearing set for July 30, 2013 at 10:00 am.  In order to make the parties' presentations more efficient and reduce the number of claim terms to be decided by the Court, Verizon has determined that it will not contest Plaintiff SCO's construction of the term "frame" to mean "digital packet" and accordingly withdraws its own proposed construction of "in a frame format."  Verizon maintains its proposed constructions with respect to all of the other claim terms to be heard, specifically including "identification and control data."

      With the elimination of frame/in a frame format from the hearing, the order of presentation pursuant to the Court's July 24, 2013 Order would be:  (1) service information; (2) multiplexing/service multiplex; (3) identification and control data; (4) selection data; and, (5) on the basis of/forming … on the basis of ….

      We would be pleased to answer any questions the Court may have about this.

The Honorable Christopher J. Burke
July 29, 2013
Page 2

                                      Respectfully submitted,

                                      */s/ Benjamin J. Schladweiler*

                                      Benjamin J. Schladweiler
                                      (Bar No. 4601)

cc:    Clerk of the Court (via hand delivery; w/ enclosures)
        All counsel of record (via electronic mail; w/ enclosures)