IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY,<br><br>               Plaintiff,<br><br>     v.<br><br>VERIZON SERVICES CORP.,<br>VERIZON ONLINE LLC, AND<br>VERIZON DELAWARE LLC,<br><br>               Defendants. | C.A. No. 12-715-CJB |

## NOTICE OF SERVICE

PLEASE TAKE FURTHER NOTICE that, on September 20, 2013, copies of (1) **SUOMEN COLORIZE OY'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC (NOS. 248-465)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL**

| | |
|---|---|
| Collins J. Seitz Jr., Esquire<br>Benjamin J. Schladweiler<br>Seitz Ross Aronstam & Moritz LLP<br>100 South West Street, Suite 400<br>Wilmington, DE 19801 | John L. North, Esquire<br>Darcy L. Jones, Esquire<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA 30309 |

Norman E.B. Minnear, Esquire
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019


| | |
|---|---|
| Dated: September 20, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
| | Richard D. Kirk (rk0922) |
| Karen H. Bromberg | Stephen B. Brauerman (sb4952) |
| Francisco A. Villegas | Vanessa R. Tiradentes (vt5398) |
| Damir Cefo | 222 Delaware Avenue, Suite 900 |
| Joyce E. Kung | P.O. Box 25130 |
| COHEN & GRESSER LLP | Wilmington, DE 19899 |
| 800 Third Avenue | rkirk@bayardlaw.com |
| New York, New York 10022 | sbrauerman@bayardlaw.com |
| (212) 957-7600 | vtiradentes@bayardlaw.com |
| | (302) 655-5000 |
| | *Attorneys for Suomen Colorize Oy* |