**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| SUOMEN COLORIZE OY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-715-CJB |
| | ) | |
| VERIZON SERVICES CORP., | ) | |
| VERIZON ONLINE LLC, and | ) | |
| VERIZON DELAWARE LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF SERVICE</u>

**PLEASE TAKE NOTICE** that on November 11, 2013, a copy of ***Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC's Objections and Responses to Suomen Colorize Oy's Written Questions Pursuant to Court Order of October 15, 2013*** was served via electronic mail upon the following counsel of record:

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Counsel for Plaintiff Suomen Colorize Oy*

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Joyce E. Kung
Christopher M. P. Jackson
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
jkung@cohengresser.com
cjackson@cohengresser.com

*Counsel for Plaintiff Suomen Colorize Oy*

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

John L. North
Darcy L. Jones
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA  30309
jnorth@kasowitz.com
djones@kasowitz.com

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
jminnear@kasowitz.com

*/s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington DE  19801
302.576.1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendants Verizon Services
Corp., Verizon Online LLC, and Verizon
Delaware LLC*

Dated:  November 11, 2013

2