# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUOMEN COLORIZE OY, | |
| Plaintiff, | |
| v. | C.A. No. 12-715-CJB |
| VERIZON SERVICES CORP., VERIZON ONLINE LLC, AND VERIZON DELAWARE LLC, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 18, 2014, copies of (1) **CORRECTED REPLY EXPERT REPORT OF ADAM GOLDBERG REGARDING INFRINGEMENT OF THE PATENT IN SUIT**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL**

Collins J. Seitz Jr., Esquire
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 South West Street, Suite 400
Wilmington, DE 19801

John L. North, Esquire
Darcy L. Jones, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309

Norman E.B. Minnear, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

| | |
|---|---|
| Dated: February 18, 2014 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Karen H. Bromberg <br> Francisco A. Villegas <br> Damir Cefo <br> Joyce E. Kung <br> COHEN & GRESSER LLP <br> 800 Third Avenue <br> New York, New York 10022 <br> (212) 957-7600 | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> Sara E. Bussiere (sb5725) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br> sbussiere@bayardlaw.com <br> (302) 655-5000 |
| | *Attorneys for Suomen Colorize Oy* |