# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUOMEN COLORIZE OY,  Plaintiff,  v.  VERIZON SERVICES CORP., VERIZON ONLINE LLC, and VERIZON DELAWARE LLC,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 12-715-CJB |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Norman E.B. Minnear, counsel for Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC in the above action, is no longer with the law firm KASOWITZ, BENSON, TORRES & FRIEDMAN LLP. Effective immediately, Mr. Minnear, who is now in-house counsel for Verizon, should be served as indicated below:

> Norman E.B. Minnear
> Verizon
> One Verizon Way
> Basking Ridge, NJ  07920
> jack.minnear@verizon.com

|  |  |
|---|---|
| *Of Counsel*: | SEITZ ROSS ARONSTAM & MORITZ LLP |
| | */s/ Benjamin J. Schladweiler* |
| Darcy L. Jones | Collins J. Seitz, Jr. (Bar No. 2237) |
| KASOWITZ, BENSON, TORRES | Benjamin J. Schladweiler (Bar No. 4601) |
| & FRIEDMAN LLP | 100 S. West Street, Suite 400 |
| Two Midtown Plaza, Suite 1500 | Wilmington, DE 19801 |
| 1349 West Peachtree Street, N.W. | 302.576.1600 |
| Atlanta, GA 30309 | cseitz@seitzross.com |
| djones@kasowitz.com | bschladweiler@seitzross.com |
| | |
| Norman E.B. Minnear | *Counsel for Defendants Verizon Services Corp., Verizon Online LLC, and Verizon Delaware LLC* |
| Verizon | |
| One Verizon Way | |
| Basking Ridge, NJ 07920 | |
| jack.minnear@verizon.com | |

Dated: March 5, 2014

## CERTIFICATE OF SERVICE

    I, Benjamin J. Schladweiler, hereby certify that on March 5, 2014, a true copy of the foregoing *Notice of Change of Firm Affiliation* was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa R. Tiradentes<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Counsel for Plaintiff Suomen Colorize Oy* | Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Joyce E. Kung<br>Christopher M. P. Jackson<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>(212) 957-7600<br>kbromberg@cohengresser.com<br>fvillegas@cohengresser.com<br>dcefo@cohengresser.com<br>jkung@cohengresser.com<br>cjackson@cohengresser.com<br><br>*Counsel for Plaintiff Suomen Colorize Oy* |

                                              */s/ Benjamin J. Schladweiler*
                                              Benjamin J. Schladweiler (Bar No. 4601)